**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 110087
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Rosemary Evensen, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>Northeastern Asset Recovery, Inc., JTM Capital Management, LLC, Claire Higgins, and Steve Larkin,<br><br>Defendant. | Docket No: 2:16-cv-01070-ADS-AKT |



## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff

and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent

the above-captioned action is voluntarily dismissed.


Dated: January 14, 2019

                                        **BARSHAY SANDERS, PLLC**

                                        By: ___/s *David M. Barshay*___
                                        David M. Barshay
                                        100 Garden City Plaza, Suite 500
                                        Garden City, New York 11530
                                        Tel. (516) 203-7600
                                        Email: *ConsumerRights@BarshaySanders.com*
                                        Our File No: 110087
                                        *Attorneys for Plaintiff*