**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 110087
*Attorneys for Plaintiff*

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆   JAN 22 2019   ☆

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Rosemary Evensen, individually and on behalf of all those similarly situated,

Plaintiff,

-against-

Northeastern Asset Recovery, Inc., JTM Capital Management, LLC, Claire Higgins, and Steve Larkin,

Defendant.

Docket No: 2:16-cv-01070-ADS-AKT

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed.

Dated: January 14, 2019

**BARSHAY SANDERS, PLLC**

By: __/s David M. Barshay__
David M. Barshay
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 110087
*Attorneys for Plaintiff*

SO ORDERED: Case closed.

/s/ Arthur D. Spatt

Arthur D. Spatt, U.S.D.J.

1/22/19
Date